44 So.2d 926

**Grady WILLIS v. STATE.**

**7 Div. 20.**

Court of Appeals of Alabama.

Jan. 17, 1950.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Manslaughter, first degree.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

47 So.2d 927

**Robert WILLIS v. STATE.**

**6 Div. 62.**

Court of Appeals of Alabama.

Aug. 8, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Habeas corpus.

Geo. E. Trawick, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 926

**Bill WILSON v. STATE.**

**8 Div. 861.**

Court of Appeals of Alabama.

Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

48 So.2d 895

**Edgar WILSON v. STATE.**

**4 Div. 156.**

Court of Appeals of Alabama.

Nov. 21, 1950.

Appeal from Circuit Court, Barbour County; J. S Williams, Judge.

Manslaughter, second degree.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

45 So.2d 871

**John WOOD v. STATE.**

**8 Div. 830.**

Court of Appeals of Alabama.

Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

44 So.2d 927

**Buren (alias Martin V.) WOODHAM v. STATE.**

**8 Div. 812.**

Court of Appeals of Alabama.

Feb. 28, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.